indorsed thereon for accommodation, takes subject to all defenses arising from lack of power of such corporation to become such indorser.

---

## M. Friedlander, Plaintiff in Error, v. I. V. Edgerton, Defendant in Error.

### Gen. No. 17,701. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. OSCAR M. TORRISON, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 15, 1913. Rehearing denied and opinion modified and refiled October 27, 1913.

### Statement of the Case.

Action by M. Friedlander against I. V. Edgerton to recover the difference between the value of a car of poultry and a check sent to defendants. From a judgment for defendant for $35.72 on a claim of set-off, plaintiff brings error.

ROSENTHAL & KURZ, for plaintiff in error.

ELA, GROVER, MARCH & ECKERT, for defendant in error.

MR. PRESIDING JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 866*—*sufficiency of abstract.* An abstract which is little more than an index is wholly insufficient.

2. APPEAL AND ERROR, § 866*—*what abstract must show.* The abstract must show everything on which error is assigned for reversal of judgment.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

3. APPEAL AND ERROR, § 864*—*necessity of abstract.* Court of review will not go to the record to find reasons for reversing or affirming the judgment.

———————⸙

## Martin Gnatek, Plaintiff in Error, v. Chicago Railways Company, Defendant in Error.

### Gen. No. 17,762.    (Not to be reported in full.) .

Error to the Superior Court of Cook county; the Hon. HOMER ABBOTT, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 15, 1913.

### Statement of the Case.

Action by Martin Gnatek against Chicago Railways Company, a corporation, to recover for injuries sustained by plaintiff by reason of a car belonging to defendant colliding with a wagon driven by plaintiff. From a judgment for defendant of not guilty, plaintiff brings error.

BRADY & LEVY, for plaintiff in error; MATTHEW P. BRADY, of counsel.

PHILIP ROSENTHAL, FRANK L. KRIETE and WILLIAM H. SYMMES, for defendant in error; JOHN R. GUILLIAMS, of counsel.

MR. PRESIDING JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

1. STREET RAILROADS, § 131*—*sufficiency of the evidence.* Evidence *held* sufficient to sustain verdict of jury that street car company was not guilty in an action for injuries resulting from collision with a wagon.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.